McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | CASE NO. CR S-05-0248 FCD |
|                              ) | |
|            Plaintiff,        ) | STIPULATION AND ORDER |
|                              ) | MOVING BRIEFING SCHEDULE AND |
|     v.                       ) | HEARING DATE ON DEFENDANT'S |
|                              ) | MOTION TO SUPPRESS |
| MIGUEL ANGEL SANDOVAL, and    ) | |
| MICHELLE LYNN STUBBLEFIELD,   ) | |
|                              ) | |
|            Defendants.       ) | |
| _____) | |

    Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Michelle Lynn Stubblefield, by her counsel Hayes H. Gable III, stipulate and agree that the briefing schedule and non-evidentiary currently set on defendant's motion to suppress should be reset as follows:

    Opposition Brief Due:        March 27, 2006

    Reply Brief Due:             April 17, 2006

    Hearing Date:                April 24, 2006, at 9:30 a.m.

    The parties further stipulate that the period up to April 24, 2006, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act, based upon the pending motion under 18 U.S.C. § 3161(h)(1)(F) and the

1

interests of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED: March 1, 2006        By: /s/Jason Hitt
                                        JASON HITT
                                        Assistant U.S. Attorney

DATED: March 1, 2006        By: /s/Jason Hitt
                                        Telephonically authorized to sign for Mr. Gable on 2-27-06
                                        HAYES H. GABLE, III
                                        Attorney for STUBBLEFIELD

**ORDER**

    Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

    1. The briefing schedule and non-evidentiary currently set on defendant's motion to suppress is reset as follows:

    Opposition Brief Due:        March 27, 2006

    Reply Brief Due:             April 17, 2006

    Hearing Date:                April 24, 2006, at 9:30 a.m.

    2. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. § 3161(h)(1)(F) applies and, in addition, the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through April 24, 2006.

DATED: March 1, 2006

                                          /s/ Frank C. Damrell Jr.
                                          FRANK C. DAMRELL, JR.
                                          United States District Judge