```
McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR S-05-0248 FCD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | MOVING BRIEFING SCHEDULE AND |
| v.  ) | HEARING DATE ON DEFENDANT'S |
| ) | MOTION TO SUPPRESS |
| MIGUEL ANGEL SANDOVAL, and ) | |
| MICHELLE LYNN STUBBLEFIELD, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Michelle Lynn Stubblefield, by her counsel Hayes H. Gable III, stipulate and agree that the briefing schedule and non-evidentiary currently set on defendant's motion to suppress should be reset as follows:

    Opposition Brief Due:        May 19, 2006
    Reply Brief Due:             May 25, 2006
    Hearing Date:                May 30, 2006, at 9:30 a.m.

/ / /

/ / /

/ / /

/ / /

1

The parties further stipulate that the period up to May 30, 2006, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act, based upon the pending motion under 18 U.S.C. § 3161(h)(1)(F) and the interests of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: April 19, 2006         By: /s/Jason Hitt
                                  JASON HITT
                                  Assistant U.S. Attorney

DATED: April 19, 2006         By: /s/Jason Hitt
                                  Telephonically authorized to
                                  sign for Mr. Gable on 4-19-06
                                  HAYES H. GABLE, III
                                  Attorney for STUBBLEFIELD

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The briefing schedule and non-evidentiary currently set on defendant's motion to suppress is reset as follows:

| | |
|---|---|
| Opposition Brief Due: | May 19, 2006 |
| Reply Brief Due: | May 25, 2006 |
| Hearing Date: | May 30, 2006, at 9:30 a.m. |

2. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. § 3161(h)(1)(F) applies and, in addition, the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through May 30, 2006.

DATED: April 19, 2006       /s/ Frank C. Damrell Jr.
                            FRANK C. DAMRELL, JR.
                            United States District Judge