McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR S-05-0248 FCD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | MOVING BRIEFING SCHEDULE AND |
| v. | ) | HEARING DATE ON DEFENDANT'S |
| | ) | MOTION TO SUPPRESS |
| MIGUEL ANGEL SANDOVAL, and | ) | |
| MICHELLE LYNN STUBBLEFIELD, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

    Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Michelle Lynn Stubblefield, by her counsel Hayes H. Gable III, stipulate and agree that the briefing schedule and non-evidentiary currently set on defendant's motion to suppress should be reset as follows:

    Opposition Brief Due:      June 25, 2006

    Reply Brief Due:          July 10, 2006

    Hearing Date:             July 17, 2006, at 9:30 a.m.

/ / /

/ / /

/ / /

/ / /

1

1  The parties further stipulate that the period up to July 17,
2  2006, should be excluded from computation of the time for
3  commencement of trial under the Speedy Trial Act, based upon the
4  pending motion under 18 U.S.C. § 3161(h)(1)(F) and the interests
5  of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: May 26, 2006   By:   /s/Jason Hitt
                            JASON HITT
                            Assistant U.S. Attorney

DATED: May 26, 2006   By:   /s/Jason Hitt
                            Telephonically authorized to
                            sign for Mr. Gable on 5-25-06
                            HAYES H. GABLE, III
                            Attorney for STUBBLEFIELD

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The briefing schedule and non-evidentiary currently set on defendant's motion to suppress is reset as follows:

    Opposition Brief Due:      June 25, 2006
    Reply Brief Due:           July 10, 2006
    Hearing Date:              July 17, 2006, at 9:30 a.m.

2. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. § 3161(h)(1)(F) applies and, in addition, the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through July 17, 2006.

DATED: May 26, 2006        /s/ Frank C. Damrell Jr.
                           FRANK C. DAMRELL, JR.
                           United States District Judge