```
McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR S-05-0248 FCD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | MOVING BRIEFING SCHEDULE AND |
| v. | ) | HEARING DATE ON DEFENDANT'S |
| | ) | MOTION TO SUPPRESS |
| MIGUEL ANGEL SANDOVAL, and | ) | |
| MICHELLE LYNN STUBBLEFIELD, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

    Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Michelle Lynn Stubblefield, by her counsel Hayes H. Gable III, stipulate and agree that the briefing schedule and non-evidentiary currently set on defendant's motion to suppress should be reset as follows:

    Opposition Brief Due:      August 11, 2006

    Reply Brief Due:          August 15, 2006

    Hearing Date:             August 21, 2006, at 9:30 a.m.

    The parties further stipulate that the period up to August 21, 2006, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act, based upon the pending motion under 18 U.S.C. § 3161(h)(1)(F) and the interests

of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

                                                  Respectfully Submitted,

                                                  McGREGOR W. SCOTT
                                                  United States Attorney

DATED: July 14, 2006        By:  <u>/s/Jason Hitt</u>
                                                           JASON HITT
                                                           Assistant U.S. Attorney

DATED: July 14, 2006        By:  <u>/s/Jason Hitt</u>
                                                           Telephonically authorized to
                                                           sign for Mr. Gable on 7-14-06
                                                           HAYES H. GABLE, III
                                                           Attorney for STUBBLEFIELD

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

    1.    The briefing schedule and non-evidentiary currently set on defendant's motion to suppress is reset as follows:

    Opposition Brief Due:       August 11, 2006

    Reply Brief Due:            August 15, 2006

    Hearing Date:                August 21, 2006, at 9:30 a.m.

    2.    Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. § 3161(h)(1)(F) applies and, in addition, the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through August 21, 2006.

DATED: July 14, 2006
                                                  <u>/s/ Frank C. Damrell Jr.</u>
                                                  FRANK C. DAMRELL, JR.
                                                  United States District Judge