McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR S-05-0248 FCD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | MOVING BRIEFING SCHEDULE AND |
| v. | ) | HEARING DATE ON DEFENDANT'S |
| | ) | MOTION TO SUPPRESS |
| | ) | |
| MICHELLE LYNN STUBBLEFIELD, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Michelle Lynn Stubblefield, by her counsel Hayes H. Gable III, stipulate and agree that the briefing schedule and non-evidentiary currently set on defendant's motion to suppress should be reset as follows:

Opposition Brief Due:          September 18, 2006

Reply Brief Due:               September 25, 2006

Hearing Date:                  October 2, 2006, at 9:30 a.m.

The parties further stipulate that the period up to August 21, 2006, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act, based upon the pending motion under 18 U.S.C. § 3161(h)(1)(F) and the interests

of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

                                                  Respectfully Submitted,

                                                  McGREGOR W. SCOTT
United States Attorney

DATED: August 18, 2006        By: /s/Jason Hitt
                                              JASON HITT
                                              Assistant U.S. Attorney

DATED: August 18, 2006        By: /s/Jason Hitt
                                              Telephonically authorized to sign for Mr. Gable on 8-18-06
                                              HAYES H. GABLE, III
                                              Attorney for STUBBLEFIELD

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The briefing schedule and non-evidentiary currently set on defendant's motion to suppress is reset as follows:

    Opposition Brief Due:        September 18, 2006

    Reply Brief Due:             September 25, 2006

    Hearing Date:                October 2, 2006, at 9:30 a.m.

2. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. § 3161(h)(1)(F) applies and, in addition, the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through October 2, 2006.

DATED: August 18, 2006        /s/ Frank C. Damrell Jr.
                                         FRANK C. DAMRELL, JR.
                                         United States District Judge