HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
428 J Street, Suite 350
Sacramento, CA 95814
(916) 446-3331
Fax: (916) 447-2988

Attorney for Defendant
MICHELLE LYNN STUBBLEFIELD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MIGUEL ANGEL SANDOVAL, and<br>MICHELLE LYNN STUBBLEFIELD, | Cr. S-05-0248 FCD<br><br>**STIPULATION AND ORDER RE: CONTINUANCE OF STATUS CONFERENCE AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT**<br><br>Hon. Frank C. Damrell, Jr. |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jason Hitt, and defendant Michelle Lynn Stubblefield, by and through her counsel, Hayes H. Gable III, agree and stipulate to vacate the existing hearing date the above-captioned action, October 2, 2006, and to continue the matter to October 30, 2006, at 9:30 a.m., for status conference.

The reason for this continuance is that the government has recently provided a proposed plea agreement which counsel needs to review with the defendant.  However, counsel must first satisfy himself that the defendant is competent to understand the terms of the agreement.  Counsel is awaiting a  report from an expert in that regard.  The parties further agree and stipulate that the period for the filing of this stipulation until October 30, 2006, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow

1  reasonable time necessary for effective presentation.

2  It is further agreed and stipulated that the need of defense counsel to prepare exceeds the
3  public's interest in commencing trial within 70 days.

4  Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

5  IT IS SO STIPULATED

6  DATE: September 29, 2006

7    s/Hayes H. Gable, III
   **HAYES H. GABLE, III**
8  Attorney for Defendant

9
   DATE: September 29, 2006
10   s/Hayes H. Gable, III for
   **JASON HITT**
11 Asst. U.S. Attorney

12 **ORDER**

13 For the reasons set forth in the accompanying stipulation and declaration of counsel filed under seal,
14 the status conference in the above-entitled action is continued to October 30, 2006, at 9:30 a.m. The
15 court finds excludable time in this matter from October 2, 2006 through October 30, 2006, under 18
16 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow
17 reasonable time necessary for effective presentation. For the reasons stipulated by the parties, the
18 Court finds that the interest of justice served by granting the requested continuance outweigh the best
19 interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(8)(A), (h)(8)(B)(iv).

20 IT IS SO ORDERED.

21 DATE: September 29, 2006

22 /s/ Frank C. Damrell Jr.
   **HON. FRANK C. DAMRELL, JR**
23 U.S. District Court Judge