**FILED**

NOV 24 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.  2:05-cr-00248-GEB-2 |
|---|---|
| Plaintiff, | |
| v. | **RELEASE ORDER** |
| MICHELLE LYNN STUBBLEFIELD, | |
| Defendant. | |

TO UNITED STATES MARSHALL:

This Order authorizes and directs you to release MICHELLE LYNN STUBBLEFIELD from custody on November 28, 2014.

IT IS SO ORDERED.

Dated: November 24, 2014

_____
GARLAND E. BURRELL, JR.
United States Senior District Judge

File copy -
2 copies sent to USM

1